Austin de Tagle
1645 Parkside Ave
San Jose, CA
(408) 590-4838
orlandosanchezdetagle@gmail.com
Pro Se Plaintiff

**FILED**

**JUN 04 2024**

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
SAN JOSE OFFICE

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Austin de Tagle | )  **COMPLAINT** |
| Plaintiff(s), | ) |
| | )  CIVIL RIGHTS ACTION |
| vs. | )  42 U.S.C § 1983 |
| Santa Clara County Hall of Justice | ) |
| Defendant(s). | )  DEMAND FOR JURY TRIAL |
| | ) |

C    )    24 03354 VKD

---

## PARTIES

1. Plaintiff

Name: Austin de Tagle

Address: 1645 Parkside Ave San Jose, CA 95125

Telephone (408) 590-4838

1. Defendant

- 1 -
**COMPLAINT**

Defendant 1:

Name: Judge Manley

Address: 190-200 West Hedding Street, San Jose, CA 95110

## JURISDICTION

1. This court has jurisdiction over this complaint because it arises under the laws of the United States. 42 U.S.C 1983 5th Amendment (due process) 1331, 1332, 42 U.S.C 1983 14th amendment (invasion of privacy) 1331, 1332. 42 U.S.C 1983 American Disabilities Act 1990. Section 504 of the Rehabilitation Act, 29 U.S.C 701.

## VENUE

2. Venue is appropriate in this court because the defendant resides in this district, and a substantial amount of the acts and omissions giving rise to this lawsuit occurred in the Northern District court San Jose Division. 28 U.S.C 1391

## INTRADISTRICT ASSIGNMENT

3. This lawsuit should be assigned to the San Jose division of this court because a substantial part of the events or omissions which give rise to this lawsuit occurred in Santa Clara County.

## STATEMENT OF FACTS

4. I am a United States Military Veteran who has been diagnosed and being treated for PTSD, Anxiety, Depression, Acute Stress and one flashback February 19, 2023.

5. I have suffered from neurological damage to my left side and been told by my primary care doctor that surgery is the only remedy.

6. I suffer from left ear hearing loss from a machine gun while in the military that has affected me over time since I was discharged honorably in 2013 requiring a hearing aid.

7.  I was arrested for threatening Judge Micael P. Estremera according to Santa Clara County Sheriff's Department and the District Attorney's office.

8.  I did not threaten the judge and I am innocent of all wrong doing.

9.  I will not admit to something I did not do; this is retaliation after I filed a Supreme Court Case August 22, 2023.

10. I have used my 1st amendment and article 1 which has been used against me, I been given reprisal. Judge Micael P. Estremera has never once accused me of a crime against him and he refused to file a police report.

11. He did not accuse of any such crime against him.

12. Judge Micael P. Estremera has violated my civil rights and constitutional rights in child custody case 17CP000822.

13. I was arrested on November 17, 2023 by Sargent Lee and have plead not guilty, Case number C2314686.

**Claims**

**First Claim**

**Name the law or right violated:**

Due process, life and liberty

14. Judge Manley was acting under the color of the state law when he forced me to wear a GPS monitor prior to be given due process, I did not consent to this order on December 14, 2023.

15. I was denied life and liberty, I was unable to run and exercise without the GPS monitor cutting into my ankle. It became infected, I was unable to walk and I have been left permanently scared and was injured.

16. I was being treated as if I was on probation and if I was already found guilty of a crime I did not commit.

17. Judge Manly found me guilty prior to giving me due process in his remarks during a hearing.

**COMPLAINT**

**Second Claim**

**Name the law or right violated:**

Invasion of privacy

Name the defendants who violated it: Judge Manley

18. Judge Manley was acting under the color of state law when he invaded my privacy by tracking my location using the GPS ankle monitor.

19. I had to answer a third party from Florida when I was in a restricted area.

20. I was called constantly on my personal cell phone to plug the GPS in when the battery was low.

**Third Claim**

**Name the law or right violated:**

American Disabilities Act 1990 Sec. 12203

Name the defendants who violated it: Judge Manley

21. I cut the GPS off my infected leg, and Judge Manley retaliated by having me remanded for 3 days in jail. I was deprived of my freedoms for standing up for my right.

22. This was affecting my mental health and physical health tremendously.

**Fourth Claim**

**Name the law or right violated:**

American Disabilities Act 1990 Sec. 12111

Name the defendants who violated it: Judge Manley

23. A $20,000.00 bond was set for my freedom creating a significant difficulty and expense for myself. I feared for my life while I was incarcerated.

24. That conversation can be heard in jail house phone call to Alfonso de Tagle who is my father.

25. This contradicts the contract I signed for my own recognizance to be released with no bail and to not leave the state.

26. Derek Nguyen was who I had to report too weekly, I was not allowed to leave the county overnight.

27. This is a undue hardship for me, this was a financial burden that I did not have to endure if my rights where not violated and OR was honored.

28. This was a direct threat to my physical health due to injuries I sustained, and mental health.

29. My depression and anxiety were affected, I struggled with insomnia and the acute stress was painful.

**Fifth Claim**

**Name the law or right violated**

Section 504 (Rehabilitation Act) 29 U.S.C 701

Name the defendants who violated it: Judge Manley

30. I went 3 days without my medication that is used for PSTD, Depression and Anxiety and acute stress.

31. I have to take naps daily as needed with the help of my medication, to help with the acute stress.

32. I had to use my state governmental benefits to post bail after being released on my own recognizance November 18, 2023.

33. I could not access my governmental money to bail out, Alfonso de Tagle loaned me $2,500 and I was bailed out through Bad Boys Bail Bonds.

34. I take have to take Trazadone, Hydroxyzine for my Anxiety and Esctialopram Oxalate every day for my depression.

35. I was on the path to doing better prior to being remanded but have faced difficulties since this traumatizing experience.

36. I endure physical pain from my mental health, it is something I have had to find acceptance in adjusting.

**Sixth Claim**

**Name the law or right violated:**

American Disabilities Act 1990 Sec. 12132

Name the defendants who violated it: Judge Manley

37. I was denied my service k9 dog Penn, who was alone at home with no food.

38. I use him my Anxiety and PTSD and depression

39. My service dog also suffers from anxiety, he is a rescue from the animal shelter and is 2 ½ years old.

40. I was discriminated against by Judge Manley, I was denied m benefits of services.

**Seventh Claim**

**Name the law or right violated:**

American Disabilities Act 1990 Sec. 12133

Name the defendants who violated it: Judge Manley

41. Judge Manley has violated my rights as Judge under the American Disabilities Act violating my civil rights.

**Eight Claim**

**Name the law or right violated:**

American Disabilities Act 1990 Sec. 12212

Name the defendants who violated it: Judge Manley

42. I expressed myself to Judge Manley in his court room and told him the rights he violated.

43. Rather than find resolution he moved forward with refusing to cooperate with my rights and respecting my mental health disability.

44. Judge Manley recused himself from my case right after.

45. I came out of jail in worse condition, a decline in my mental health then when I first went in.

46. I was in psychical pain from my depression and anxiety with no medication and so much stress.

47. Since being remanded I have struggled being consistent in the gym and have not been able to run like I use too.

48. I was working on my 12-mile run and could run 8 miles easily, now I struggle with being able to run.

49. Without the GPS monitor on my ankle, I could have ran a lot farther, walked more comfortably, slept better and would not have sustained the permanent scaring on my ankle.

**Ninth Claim**

**Name the law or right violated:**

American Disabilities Act 1990 Sec. 12205

Name the defendants who violated it: Judge Manley

50. I seek reasonable attorney's fees for filing this case that has violated my rights.

**Tenth Claim**

**Name the law or right violated:**

American Disabilities Act 1990 Sec. 12188

Name the defendants who violated it: Judge Manley

**COMPLAINT**

1    51. I ask that the Enforcement by the Attorney investigate the denial of rights alleged in this

2        subchapter.

3

4

5                              **DEMAND FOR RELIEF**

6    I seek compensatory damages in the amount of $300,000,000.00

7    I ask that Judge Manley be impeached.

8                              **DEMAND FOR JURY TRIAL**

9    52. Plaintiff demands a jury trial on all issues.

10

11

12                                          Respectfully submitted,

13   DATED: May 31, 2024

14                                          _AUSTIN DE TAGLE_

15                                          AUSTIN DE TAGLE

16

17

18

19

20

21

22

23

24

25

26

27

28

DISABILITY INSURANCE
PO BOX 637
SAN JOSE CA  95106-0637



2525XX10161



RETURN TO: ----->

DISABILITY INSURANCE
PO BOX 989605
WEST SACRAMENTO CA  95798-9605

Mailing Date

09112023

AUSTIN O SANCHEZ DE TAGLE
1645 PARKSIDE AVE
SAN JOSE CA  95125-3337



(800) 480-3287

## PHYSICIAN/PRACTITIONER'S SUPPLEMENTARY CERTIFICATE

| EDD Customer Account Number (EDDCAN) | CLAIM ID | SSN/ECN | CED |
|---|---|---|---|
| | DI-1011-113-053 | XXX-XX-2226 | 03-22-2023 |

**Claimant Instructions:** If you are still disabled, contact your physician/practitioner immediately for completion of the Physician/Practitioner's Supplementary Certificate which must be submitted within twenty (20) days of the mailing date shown above or you may lose additional benefits.

**Instrucciones al Solicitante de Beneficios:** Si Ud. aun sigue incapacitado, comuníquese con su Médico/Profesional (Medico) lo más pronto posible para completar el documento titulado en inglés "Physician/Practitioner Supplementary Certificate" el cual debe ser presentado dentro de un plazo de veinte (20) días de la fecha de envío indicada arriba o de lo contrario es posible que pueda perder beneficios adicionales.

**Physician/Practitioner Instructions:** For faster processing, the physician/practitioner may complete and submit this form online at www.edd.ca.gov. If this form is submitted online, you do not have to mail this form back to EDD. When completing this form, PLEASE PRINT WITH BLACK INK.

| 1. ARE YOU STILL TREATING THE PATIENT? | ✓ YES | NO | DATE OF LAST TREATMENT | 0 8 0 7 2 0 2 3 |
|---|---|---|---|---|

2. WHAT CURRENT CONDITION(S) CONTINUES TO MAKE THE PATIENT DISABLED? (DIAGNOSIS REQUIRED, IF MADE)

Depression

anxiety

ptsd

3. DATE OF NEXT APPOINTMENT  1 1 0 1 2 0 2 3

4. ICD DIAGNOSIS CODE(S) FOR DISABLING CONDITION THAT PREVENT THE PATIENT FROM PERFORMING HIS/HER REGULAR OR CUSTOMARY WORK (REQUIRED)

| EXAMPLE OF HOW TO COMPLETE ICD CODES | ICD-9 | 3 2 0 ° 1 | (Check only one box) | PRIMARY | F 4 3 ° 1 0 |
|---|---|---|---|---|---|
| | ICD-10 | G 0 0 ° 1 | ☐ ICD-9 | SECONDARY | ° |
| | | | ☑ ICD-10 | SECONDARY | ° |
| | | | | SECONDARY | ° |

## ADDITIONAL QUESTIONS ON FOLLOWING PAGES

2525XX10162

5. DESCRIBE HOW THE PATIENT'S PRESENT CONDITION/IMPAIRMENT PREVENTS HIM/HER FROM RETURNING TO HIS/HER REGULAR OR CUSTOMARY WORK.

NIGHTMARES

AUDITORY HALLUCINATIONS

DEPRSSION

6. WHAT FACTORS OR COMPLICATIONS ARE DISABLING THE PATIENT LONGER THAN PREVIOUSLY ESTIMATED?

LEGAL ISSUES ARE AN EXCARBATING STRESSOR

7. IF PATIENT WAS HOSPITALIZED, PROVIDE DATES OF ENTRY AND DISCHARGE ________ TO ________

☐ CHECK HERE TO INDICATE THE PATIENT IS STILL HOSPITALIZED

Not applicable

8. DATE AND TYPE OF SURGERY/PROCEDURE PERFORMED OR TO BE PERFORMED

9A. ICD PROCEDURE CODE(S) ☐ ICD-9 ☐ ICD-10

Not applicable

9B. CPT CODE(S) (DO NOT INCLUDE MODIFIERS)

10. CURRENT ESTIMATED DATE PATIENT (EVEN IF STILL UNDER TREATMENT) WILL BE ABLE TO PERFORM HIS/HER REGULAR OR CUSTOMARY WORK ("UNKNOWN," "INDEFINITE," ETC., NOT ACCEPTABLE)

11.01.2023

☐ CHECK HERE TO INDICATE PATIENT'S DISABILITY IS PERMANENT AND YOU NEVER ANTICIPATE RELEASING PATIENT TO RETURN TO HIS/HER REGULAR OR CUSTOMARY WORK

11. WOULD DISCLOSURE OF THE INFORMATION ON THIS FORM BE MEDICALLY OR PSYCHOLOGICALLY DETRIMENTAL TO YOUR PATIENT? ☐ YES ☑ NO

ADDITIONAL QUESTIONS AND SIGNATURE REQUIRED ON NEXT PAGE




For Official Use Only
EDDCAN
Claim ID          DI-1011-113-053
SSN/ECN          XXX-XX-2226
CED                 03-22-2023

2525XX10163

| 12. PHYSICIAN/PRACTITIONER'S LICENSE NUMBER | 13. STATE OR COUNTRY (IF NOT U.S.A.) THAT ISSUED THE LICENSE NUMBER ENTERED IN QUESTION 12 |
|---|---|
| C 5 4 3 9 5 | STATE C A  COUNTRY U S A |

14. PHYSICIAN/PRACTITIONER'S NAME
(FIRST)                                    (MI)   (LAST)                                                          (SUFFIX)

S H A I L I                               J A I N

15. PHYSICIAN/PRACTITIONER LICENSE TYPE

M E D I C A L

16. SPECIALTY, IF ANY

P S Y C H I A T R Y

17. PHYSICIAN/PRACTITIONER'S ADDRESS
MAILING ADDRESS, PO BOX, OR NUMBER/STREET/SUITE#

5 8 5 5   S I L V E R   C R E E K   V A L L E Y   P L A C E

| CITY | STATE | ZIP OR POSTAL CODE | COUNTRY (IF NOT U.S.A.) |
|---|---|---|---|
| S A N   J O S E | C A | 9 5 1 3 8 | U S A |

18. COUNTY HOSPITAL/GOVERNMENT FACILITY ADDRESS          as asoue
FACILITY NAME (IF APPLICABLE)

FACILITY ADDRESS, NUMBER/STREET/SUITE#

| CITY | STATE | ZIP OR POSTAL CODE | COUNTRY (IF NOT U.S.A.) |
|---|---|---|---|
|  |  |  |  |

Physician/Practitioner's Certification:

I certify under penalty of perjury that the patient is unable to perform his/her regular or customary work because of the listed disabling condition(s). I have performed a physical examination and/or treated the patient. I am authorized to certify a patient disability or serious health condition pursuant to California Unemployment Insurance Code Section 2708.

19. PHYSICIAN/PRACTITIONER'S ORIGINAL SIGNATURE – RUBBER STAMP IS NOT ACCEPTABLE

SIGNATURE

| DATE SIGNED | AREA CODE/PHONE NUMBER |
|---|---|
| 0 9 2 0 2 0 2 3 | 6 5 0  4 9 3  5 0 0 a |

Under sections 2116 and 2122 of the California Unemployment Insurance Code, it is a violation for any individual who, with intent to defraud, falsely certifies the medical condition of any person in order to obtain Disability Insurance benefits, whether for the maker or for any other person, and is punishable by imprisonment and/or a fine not exceeding $20,000. Section 1143 requires additional administrative penalties.

DE 2525XX Rev. 4 (10-16)                                         Page 3 of 3

**\*Refill Request Form\***

SAN JOSE, CA
3801 MIRANDA AVE
PALO ALTO, CA 94304
(800) 311-2511

640-1769813/

**NO REFILLS REMAINING.**
AUSTIN ORLANDO DETAGLE
ESCITALOPRAM OXALATE 5MG TAB

Provider: SMITH K.

Rx# 40574900C
Date: 05/21/2024
TAKE THREE TABLETS BY MOUTH EVERY MORNING TO IMPROVE MOOD.

Qty: 90
NO COPAY
Last Fill Date: Feb 01, 2025

Fill: (4of4)
Days Supply: 30

40574900C

**\*Refill Request Form\***

SAN JOSE, CA
3801 MIRANDA AVE
PALO ALTO, CA 94304
(800) 311-2511

640-1725554

AUSTIN ORLANDO DETAGLE
ESCITALOPRAM OXALATE 20MG TAB

Provider: SMITH K.

Rx# 40599999
Date: 05/23/2024
TAKE ONE TABLET BY MOUTH EVERY MORNING TO IMPROVE MOOD

Qty: 90
NO COPAY
Last Fill Date: May 23, 2025

Fill: (1of3)
Days Supply: 90
2 REFILL(S) REMAINING BEFORE 5/23/2025

Sign Here to Order Refill:

40599999

☑ Hall of Justice
190 W. Hedding Street
San Jose, CA 95110

☐ Family Justice Center
201 N. First Street
San Jose, CA 95113

☐ Palo Alto Courthouse
270 Grant Avenue
Palo Alto, CA 94306

☐ South County Courthouse
301 Diana Avenue
Morgan Hill, CA 95037

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF SANTA CLARA**
**RELEASE ON: SUPERVISED OWN RECOGNIZANCE**
Section 1318 - 1320 Penal Code of the State of California

Office of Pretrial Services . sccpretrial.org
2310 N 1st Street, Suite 104, San Jose, CA 95131
Phone (408) 918-7900 Fax (408) 954-8507

THE PEOPLE OF THE STATE OF CALIFORNIA,
Plaintiff

VS.

DETAGLE, AUSTIN ORLANDO
Defendant

CEN # 23518420
DOCKET # C2314686

**FILED**

NOV 17 2023

Clerk of the Court
Superior Court of CA County of Santa Clara
BY J. FUENTES DEPUTY

CHARGE(S):

(1) PC26(A) (2) PC653M(A) (3) PC653M(A) (4) PC653M(A)

I, the undersigned, Promise to Appear in the above-entered court on December 14, 2023 at 01:35 PM and at all times and places ordered by the judge/magistrate/commissioner. I also agree that, if I fail to report to Pretrial Services as directed below or otherwise fail to comply with any conditions listed below, this court date may be set earlier than the date listed above. I also understand that a failure to comply with any conditions listed below may result in a revocation of this release order. I further promise not to depart the State of California without leave of this court. If I fail to appear and am apprehended outside the State of California, I hereby waive extradition.

I shall comply with the following GENERAL conditions of release as required by the Court:

1. ☑ Call Pretrial Services on November 14, 2023 at (408) 918-7900 between the hours of 2-4:00 p.m. for officer assignment.
   ☐ Report in person to Pretrial Services on _____ between the hours of 2-4:00 p.m. for officer assignment.
   Pretrial Services is located at 2310 N 1st Street, Suite 104, San Jose CA 95131

2. Report as required by the Office of Pretrial Services and pay any supervision fees as ordered by the Court. If I fail to report to Pretrial Services as directed, I understand that my court date may be set earlier than the court date listed above. I further understand that this release order may be revoked and a bench warrant may be issued for my arrest if I fail to appear at the new court date. I understand that Pretrial Services will use the contact information I have provided to them to notify me of the new court date.

3. Remain in Santa Clara County unless granted permission to leave by the Office of Pretrial Services.

4. Report any change of address, telephone, or employment status immediately to the Office of Pretrial Services. I understand that Pretrial Services will use this information to notify me of any change in my court date. Telephone Number: _____

5. Not violate any State or Federal laws.

The defendant is ordered to comply with the following SPECIAL conditions of release, under the direction of the Office of Pretrial Services, as ordered by the Court:

☐ 6. Not use or possess any illegal drugs/alcohol/marijuana.

☐ 7. Submit to drug/alcohol testing, and pay all fees, at the direction of Pretrial Services.

☐ 8. Participate in drug/alcohol/psychological counseling at the direction of Pretrial Services.

☑ 9. Permit search and seizure of his/her person, residence, and vehicle by any peace officer without a search warrant,

☐ 10. Not operate a motor vehicle without a valid California driver's license and proof of insurance.

☐ 11. Not possess any weapons or ammunition while this case is pending.

☐ 12. Not harass, attack, strike, threaten, assault (sexually or otherwise), hit, follow, stalk, molest, destroy or damage personal or real property of, disturb the peace, keep under surveillance, or block the movements of the protected person(s):

☐ 13. Have no contact yourself or through another (except an attorney of record) with the protected person(s) named above except in compliance with any Superior Court orders. You shall not have any form of contact including, but not limited to, any of the following:
   ☐ No personal, electronic, telephonic, or written contact with the protected person(s) named above.
   ☐ Stay at least three hundred (300) yards away from the protected person(s) named above, their home, vehicle, workplace, school.

☐ 14. Reside at _____ unless granted permission to live elsewhere by the Court or Pretrial Services. Telephone Number: _____

☐ 15. Participate in Pretrial Services Electronic Monitoring Program (EMP) at the direction of Pretrial Services (specify):
   ☐ Alcohol Monitoring Device - Continuous (EMP) ☐ Alcohol Monitoring Device - Random (EMP) ☐ GPS Only (EMP)
   ☐ GPS Home Detention (EMP)

☐ 16. _____

11/14/2023 TUB 5:55 FAX @002/002
11/13/2023 MON 23:08 FAX 444 K3 - 4300P @002/002
11/13/2023 MON 22:55 FAX 444 Elmwood Facility Fax @003/003

I understand that my failure to honor or observe herein may result in a revocation of this release order and on issuance of a bench warrant for my arrest.

Signed this 13th day of November, 2023

_____
Defendant.

* * * * * * * * * * * * * * * *

## ORDER FOR RELEASE

The above-named defendant, having agreed to these release conditions, and good cause being shown, it was hereby ordered that the defendant be released from custody on his/her own recognizance subject to conditions set forth above.

Dated this 13th day of November, 2023

_____

§1320. Failure to appear after release upon own recognizance!

(a) Every person who is charged with or convicted of the commission of a misdemeanor who is released from custody on his or her own recognizance and who in order to evade the process of the court willfully fails to appear as required, is guilty of a misdemeanor. It shall be presumed that a defendant who willfully fails to appear within 14 days of the date assigned for his or her appearance intended to evade the process of the court.

(b) Every person who is charged with or convicted of the commission of a felony who is released from custody on his or her own recognizance and who in order to evade the process of the court willfully fails to appear as required, is guilty of a felony, and upon conviction shall be punished by a fine not exceeding five thousand dollars ($5,000) or by imprisonment in the state prison, or in the county jail for not more than one year, or by both that fine and imprisonment. It shall be presumed that a defendant who willfully fails to appear within 14 days of the date assigned for his or her appearance intended to evade the process of the court.

**2 HALL OF JUSTICE**
**190 W. HEDDING**
SAN JOSE, CA 95110

CASE NO. .C2314686
CEN

PEOPLE VS.
L.K.A.

DETAGLE, AUSTIN ORLANDO
5700 VILLAGE OAKS DRIVE APT: 1418
SAN JOSE CA, 95123

DATE C2314986   12/14/2023   1:30PM   DEPT 23
HEARING Gonzales, Gabe, Sakai, Clark H   CA   D4143207   CDY BK: N   DWS972   M

STATUS
ARRAIGNMENT: COMPLAIN

JUDGE   HON. CHEW, HANLEY
REPORTER/ER   REPORTER/CRAFT J. DOE H   N. Grimler   Maere, Tim   Not in Jail   SUPERVISED O.R. PROGRAM
DEF. ATTY   Warrant Amt:   Viol Dt: 10/23/2023
CHARGES   D.A.   1.30   APO   D23

001 PC76(A) F,   002 PC653M(A) M,   003 PC653M(A) M,   004 PC653M(A) M

NEXT APPEARANCE

☑ Defendant Present ☐ Not Present ☐ App. Wav   ☑ Atty Present ____ S. Gonzalez ____ AD / PD/ IDO / Special App/General
☐ Arr'd ☐ Adv ☐ Arr Wav ☐ Amend Comp/Info   ☑ Arr ☐ Plea ☐ IDC ☐ PTC ☐ Prob / Sent   ☐ Interpreter ____ ☐ Sworn
PC977: ☐ Filed ☐ On File ☐ Rqstr. Adv / Wav   ☐ Ball/ OR/ SORP ☐ Rect Dr Rpt ☐ FAR / ERC   ☐ Ball Apply ☐ Balance Exonerated
☐ NG ☐ Entered by CRT ☐ NGBRI / Adv   ☐ PSet ☐ Prelim ☐ Readiness ☐ S / B MTC   Ball: ☐ Exonerated ☐ Forfeited   Bond#____
☐ Denies priors /Allegations/ Enhancements   ☐ Further ☐ Jury ☐ CT ☐ Peo / Def Wav Jury   ☐ Reassumption Filed ☐ Forfeiture Set Aside / Ball Rein
☐ TW ☐ TNW ☐ TW / WD ☐ TW Sentence   ☐ TE: ____ ☐ Ref'd ____   ☐ S. ____ Costs Within 30 Days to Court
☐ LDT: ____ ☐ LD PX: ____   ☐ Defendant / Victim / Witness Ordered to Appear   SORP / OR ☐ Revoked ☐ Reinstated
☐ Ref / Appt PD / AD / IDO ☐ Con Decl ☐ Adm A/F   ☐ APO / AUTS/ Prop 36 ☐ P36 Re-Assm't   ☐ BW Ordered $____ ☐ Stayed ☐ To Issue
☐ ____ Relieved ____ Appt'd   ☐ Crim Proc Susp / Rein ☐ Status Hrg   ☐ No Cite Release/SCIT ☐ No Request ☐ Cash Only
☐ Hrg on Mtn/Pet. ____   ☐ Doubt Decl Pur PC 1368 ☐ Capacity Yes/No   BW: ☐ Set Aside ☐ Recalled ☐ Filed ☐ Remain Out
☐ Granted ☐ Denied ☐ Submitted ☐ Off Cal   ☐ Submn on Rpt ☐ Found ____   ☐ Drs. Appointed ____ ☐ Max Term ____ ☐ Committed ____
☐ Prelim Wav ☐ Certified to General Jurisdiction   ☐ MDA / COM Amended to ( F / M/ INF) ____
☐ Amended to ☐ (M) VC23103(a) ☐ Pur VC23103.5 ☐ DA Stmt Filed Other/Proof of: ____
PLEA Conditions: ☐ None ☐ No State Prison ☐ PC17 after 1 yr Prob ☐ Includes VOP/PRCS/MS____
☐ Jail / Prison Term of ____   ☐ Add to Cal ☐ Vacate pending date
☐ Dismissal / Striking / MDA / COM ____   ☐ Subm time of Sent ☐ Harvey Stip ____
☐ Adv Max Pen / Parole / Prob / Immig / Appeal ☐ Reg PC290/PC457.1/PC186.30 ☐ FSF ☐ Fines/Fees ☐ PC29800/29805/30305/VC23593 ☐ BOF1022/CR210
Wav Right to ☐ Counsel ☐ Court / Jury Trial ☐ Subpoena / Confront / Examine Witnesses ☐ Self-Incrimination ☐ Written Waiver filed ☐ Plea / Absentia filed
☐ COP ☐ GUILTY ☐ NOLO CONTENDERE to charges & admits enhancements / allegations / priors ☐ PC17 ☐ Arbuckle ☐ Factual Basis found ☐ Findings stated
☐ P36 / PDP Granted / Rein / Unamen / Refused / Term'd Fee $ ____ ☐ YA-DEJ Eligib Filed ☐ APO Full Rpt/Waives Referral ☐ Cruz Waiver Entd ☐ CR110 Issued
☐ Sent Suspended ____ ☐ Sent Mod by Judge ____   FINES/FEES: ☐ Report to DTAC to set up pymt plan w/in 30 days ☐ of release
☐ PROBATION DENIED   Pay to: ☐ DTAC ☐ Court/ Today ☐ Traffic ☐ Audit # ____

PROBATION: ☐ Execution ☐ Imposition of sentence suspended for probation period

| | | COUNT | $ | + PA $ | |
| ☐ COURT ☐ FORMAL PROBATION GRANTED FOR ____ Days / Mos / Yrs | | COUNT | $ | + PA $ | ☐ Pur PC290.3 |
| ☐ Report to APO/PTS within ____ Days ☐ Terminated ☐ Upon Release | | AIDS / CCP | $ | + PA $ | ☐ Pur PC1202.5 |
| ☐ Perform ____ Hrs Volunteer Work as directed PO / SAP ☐ In lieu of fine/Jail | | DPF | $ | + PA $ | EMAT $ |
| ☐ Not allow w/o valid DL & Ins ☐ Adv VC23600 ☐ HTO ☐ Re-refer | | LAB | $ | + PA $ | |
| ☐ MOP ☐ FOP ☐ 12 hrs ☐ 3 mos ☐ 9 mos  Enroll within ____ days | | DRF / RF | $ | Add'l RF $ | Susp'd PC1202.44 / 45 |
| ☐ DL Susp / Restr'd / Rvk'd for ____ ☐ IID Not / Ordered / Rmv'd for ____ Yrs | | AEF | $ | Original Fine $ | |
| ☐ No contact w/ victim/family/co-defs w/o appr by APO ☐ PC1202.05 ☐ Victim Present | | SECA | $ | CTS PC2900.5 $ | |
| ☐ PO Issued / mod / term'd Exp ____ ☐ No Contact/Peaceful | | ICMF | $ | TOTAL DUE $ | |
| ☐ DSA filed ☐ Not own/possess deadly weapons ☐ Agency: ____ | | ICIN | $ | Payments Granted / Modified /Pay w/in 90 days | |
| ☐ Destroy/return weapon ____ Case No: ____ | | AR | $ | $ ____ / Mo beginning ____ | |
| ☐ Stay away from ____ | | SHELTER | $ | FINE STAYED | |
| ☐ Submit Search / Testing ☐ Educ/Voc Trng/Empl ☐ No alcohol / drugs or where sold | | DV | $ | Committed @ $ ____ /day ☐ May Pay Out | |
| ☐ Substance Abuse, Psych, Theft, Anger Mgmt, DV, Parenting | | ATTY | $ | Consec/Conc to ____ | |
| ☐ PC296 (DNA) ☐ PC1202.1 HIV Test / Education ☐ Adv Galvan ☐ Obey All Laws | | Fine / Fees | ☐ Deemed Satisfied ☐ Commuted ☐ Stayed pur Dueñas | | |
| ☐ VOP/PRCS/MS ☐ Wav ☐ Arr'd ☐ Admits/Denies Viol ☐ Court Finds Viol / No Viol | | P/INVEST | $ | ☐ P/SUP $ ____ /Mo ☐ Waived | |
| Prob/MS/PRCS Rein / Mod / Term'd / Revoked / Remains Revoked / Ext to ____ | | ☐ CJAF $129.75/$259.50 $ ____ | ☐ Add'l FEE waived ☐ Collect Civilly | | |
| ☐ Original Terms & Conditions Except as Amended herein | | ☐ SECA, ICMF, ICIN, CJAF, PINVEST, PSUP FEES NOT COND OF PROB | | | |
| ☐ Co-terminous with ____ ☐ No Further Penalties / Reviews | | ☐ Gen ☐ Restit $ ____ to ____ | | | |
| Other: ____ | | ☐ Restit Admin Fee NTE 15% of total / Waived ☐ As determined by APO | | | |
| JAIL/PRISON ☐ See Attach Pg ☐ Dress out for Trial ☐ Shower ☐ Haircut | | ☐ CDCR/Parole collect restit from Def's Earnings | | | |

| Count | F/M | Violation | Prison Term / Yrs | Enhancement / Priors | Yrs / Styd / Strkn | HRS / DAYS / MOS |
|---|---|---|---|---|---|---|
| | | PTS, Add # 1S   GPS only, Stay away from henny | | | | |
| | | Han # 11   Fumrts Court unless is being held | | | | |

| Enhancement | Yrs/S | Enhancement | Yrs/S | Enhancement | Yrs/S |
|---|---|---|---|---|---|
| Add #13  No contact with Judge Estevena unless through | | | | attorney CDCR / PC 1170h/CJ | |

CTS = ____   ACT +   ☐ PC4019 ☐ ½ ☐ ½ ☐ PC2933.1 = ____   Total   Total Term ____ ☐ CDCR / PC 1170h/CJ
☐ Straight Time ☐ WWP PC1209 Fees ☐ Waived ☐ Court Fee ____ All / Accept ☐ EMP / PSP / ERP / WWP / IN CAMP / NP ____ ☐ Blended Sentence
☐ Sent Deemed Served ☐ Rpt to Parole w/in ____   ☐ Adv/ORD ____ Yrs/Mos Parole/MS/PRCS/Appeal Rights ☐ Consec ☐ Conc to ____
☐ Bal CJ Susp ☐ All but ____ Days/Mos/Yrs ☐ On Cond Complete Residential Treatment Prgm ☐ Serve Consec MO/TU/WE/TH/FR/SA/SU ____
☐ Pre-process   ☐ Stay / Surrender / Transport to ____ @ ____ AM/PM/Sooner

☐ REMANDED-BAIL $ ____   ☐ REMAIN AS SET ☐ NO BAIL ☐ COMMITTED ☐ RELEASED ☐ OR ☐ SORP ☐ JAC PHONE ASSM'T
☐ AS COND OF SORP ☐ BAIL INCREASE / REDUCE ☐ TO PRGM AS REC BY JAC-DOC TO ARRANGE TRANSPORT UPON AVAIL BED ☐ STATUS Remains

DISTRIBUTION:   ORIGINAL – FILE,   GREEN – DOC,   BLUE – DOR,   PURPLE – PROBATION,   BROWN – DEFENDANT







**2 HALL OF JUSTICE**
**190 W. HEDDING**
**SAN JOSE, CA 95110**

CASE NO. .C2314686

CEN    O. Mendoza

PEOPLE VS.
L.K.A.

DETAGLE, AUSTIN ORLANDO
5700 VILLAGE OAKS DRIVE APT: 1418
SAN JOSE CA, 95123

DATE C2314686   01/12/2024   1:30PM   DEPT   23
CA   D4143207   CDY BK: N
HEARING Cook, Katherine; Sakai, Clark H   DWS972   M

JUDGE HON. IBARRA-AUDRA    Hon Roger Piequet
REPORTER/ER LOPEZ, JEANNETTE PRO TEM    Moore, Jarisse
DEF. ATTY
CHARGES

STATUS   ARRAIGNMENT: COMPLAI
Not in Jail   SUPERVISED O.R.

D.A. 1. 2u 24   8:31   D3h   Warrant Amt:   Vol Dt: 10/23/2023
PROGRAM APO

001 PC76(A) F,  002 PC853M(A) M,  003 PC853M(A) M,  004 PC853M(A) M

**NEXT APPEARANCE**

☑ Defendant Present ☐ Not Present ☐ App. Wav
☐ Arr'd ☑ Adv ☑ Arr Wav ☐ Amend Compl/Info
PC977: ☐ Filed ☐ On File ☐ Repr. Adv / Wav
☑ NG ☐ Entered by CRT ☐ NGBRI / Adv
☐ Denies priors /Allegations/ Enhancements
☐ TW ☐ TNW ☐ TW / WD ☐ TW Sentence
☐ LDT: ___ ☐ LD PX: ___
☑ Ref / (Appt PD / AD) / IDO ☐ Con Decl ☐ Adm A/F
☐ ___ Relieved ___ Appt'd
☐ Hrg on Mtn/Pet.
☐ Granted ☐ Denied ☐ Submitted ☐ Off Cal
☐ Prelim Wav ☐ Certified to General Jurisdiction
☐ Amended to ☐ (M) VC23103(a) ☐ Pur VC23103.5

☑ Atty Present  S. Gonzalez  AD /PD/IDO / Special App/General
☐ Arr ☐ Plea ☐ IDC ☐ PTC ☐ Prob / Sent ☐ Interpreter ___ ☐ Sworn
☐ Bail/ OR/ SORP ☐ Rect Dr Rpt ☐ FAR / ERC ☐ Ball Apply ☐ Balance Exonerated
☐ PSet ☑ Prelim ☐ Readiness ☐ S / B MTC    Bail: ☐ Exonerated ☐ Forfeited   Bond#___
☐ Further ☐ Jury ☐ CT ☐ Pao / Def Wav Jury ☐ Reassumption Filed ☐ Forfeiture Set Aside / Bail Rein
☑ TE: 3 les ___ ☐ Ref'd ___ Costs Within 30 Days to Court
☐ Defendant / Victim / Witness Ordered to Appear ☑ SORP ☑ OR ☑ Revoked ☐ Reinstated
☐ APO / SUTS/ Prop 36 ☐ P36 Re-Assm't ☐ TBW Ordered $___ ☐ Stayed ☐ To Issue
☐ Crim Proc Susp / Rein ☐ Status Hrg ☐ No Cite Release/SCIT ☐ No Request ☐ Cash Only
☐ Doubt Decl Pur PC 1368 ☐ Capacity Yes/No   BW: ☐ Set Aside ☐ Recalled ☐ Filed ☐ Remain Out
☐ Subm on Rpt ☐ Found ___ ☐ Drs. Appointed ___ ☐ Max Term ___ ☐ Committed
☐ MDA / COM Amended to ( F / M / INF) ___   NO SAP
☐ DA Stmt Filed  Other/Proof of:___

PLEA CONDITIONS: ☐ None ☐ No State Prison ☐ PC17 after 1 yr Prob ☐ Includes VOP/PRCS/MS___
☐ Jail / Prison Term of ___ LD (1)  1-29-24 ___ ☐ Add to Cal ☐ Vacate pending date
☐ Dismissal / Striking / MDA / COM ___ LD (2)  3-12-24 ___ ☐ Subm time of Sent ☐ Harvey Stip ___
☐ Adv Max Pen / Parole / Prob / Immig / Appeal ☐ Reg PC290/PC457.1/PC186.30 ☐ FSF ☐ Fines/Fees ☐ PC29800/29805/30305/VC23553 ☐ BOF1022/CR210
Wav Right to ☐ Counsel ☐ Court / Jury Trial ☐ Subpoena / Confront / Examine Witnesses ☐ Self-incrimination ☐ Written Waiver filed ☐ Plea / Absentia filed
☐ COP ☐ GUILTY ☐ NOLO CONTENDERE to charges & admits enhancements /allegations / priors ☐ PC17 ☐ Arbuckle ☐ Factual Basis found ☐ Findings stated
☐ P36 / PDP Granted / Rein / Unamen / Refused / Term'd Fee $ ___ ☐ YA-DEJ Eligib Filed ☐ APO Full Rpt/Waives Referral ☐ Cruz Waiver Entd ☐ CR110 Issued
☐ Sent Suspended ___ ☐ Sent Mod by Judge ___

☐ **PROBATION DENIED**
☐ **PROBATION** ☐ Execution ☐ Imposition of sentence suspended for probation period
☐ COURT ☐ FORMAL PROBATION GRANTED FOR ___ Days / Mos / Yrs
☐ Report to APO/PTS within ___ Days ☐ Terminated ☐ Upon Release
☐ Perform ___ Hrs Volunteer Work as directed PO / SAP ☐ In lieu of fine/Jail
☐ Not drive w/o valid DL & Ins ☐ Adv VC23600 ☐ HTO ☐ Re-refer
☐ MOP ☐ FOP ☐ 12 hrs ☐ 3 mos ☐ 9 mos  Enroll within ___ days
☐ DL Susp / Restr'd / Rvk'd for ___ ☐ IID Not / Ordered / Rmv'd for ___ Yrs
☐ No contact w/ victim/family/co-defs w/o appr by APO ☐ PC1202.05 ☐ Victim Present
☐ PO issued / mod / term'd Exp ___ ☐ No Contact/Peaceful
☐ DSA filed ☐ Not own/possess deadly weapons ☐ Agency: ___
☐ Destroy/return weapon ___ Case No: ___
☐ Stay away from ___
☐ Submit Search / Testing ☐ Educ/Voc Trng/Empl ☐ No alcohol / drugs or where sold
☐ Substance Abuse, Psych, Theft, Anger Mgmt, DV, Parenting
☐ PC288 (DNA) ☐ PC1202.1 HIV Test / Education ☐ Adv Galvan ☐ Obey All Laws
VOP/PRCS/MS ☐ Wav ☐ Arr'd ☐ Admits/Denies Viol ☐ Court Finds Viol / No Viol
Prob/MS/PRCS Rein / Mod / Term'd / Revoked / Remains Revoked / Ext to ___
☐ Original Terms & Conditions Except as Amended herein
☐ Co-terminous with ___ ☐ No Further Penalties / Reviews
Other: ___

JAIL/PRISON ☐ See Attach Pg ☐ Dress out for Trial ☐ Shower ☐ Haircut

FINES/FEES: ☐ Report to DTAC to set up pymt plan w/in 30 days ☐ of release
Pay to: ☐ DTAC ☐ Court/ Today ☐ Traffic ☐ Audit # ___
COUNT ___ $ ___ + PA $ ___
COUNT ___ $ ___ + PA $ ___ ☐ Pur PC290.3
AIDS / CCP ___ $ ___ + PA $ ___ ☐ Pur PC1202.5
DPF ___ $ ___ + PA $ ___  EMAT $ ___
LAB ___ $ ___ + PA $ ___
DRF / RF ___ $ ___ Add'l RF $ ___ Susp'd PC1202.44 / 45
AEF ___ $ ___ Original Fine $ ___
SECA · ___ $ ___ CTS PC2900.5  $ ___
ICMF ___ $ ___ TOTAL DUE ___ $ ___
ICIN ___ $ ___ Payments Granted / Modified /Pay w/in 90 days
AR ___ $ ___ $ ___ / Mo beginning ___
SHELTER ___ $ ___ FINE STAYED ___
DV ___ $ ___ Committed @ $ ___ /day ☐ May Pay Out
ATTY ___ $ ___ Consec/Conc to ___
Fine / Fees ☐ Deemed Satisfied ☐ Commuted ☐ Stayed pur Dueñas
P/INVEST ___ $ ___ ☐ P/SUP $ ___ /Mo ☐ Waived
☐ CJAF $129.75/$259.60 $ ___ ☐ Add'l FEE waived ☐ Collect Civilly
☐ SECA, ICMF, ICIN, CJAF, PINVEST, PSUP FEES NOT COND OF PROB
☐ Gen ☐ Restit $ ___ to ___
☐ Restit Admin Fee NTE 15% of total / Waived ☐ As determined by APO
☐ CDCR/Parole collect restit from Def's Earnings

| Count | F/M | Violation | Prison Term / Yrs | Enhancement / Priors | Yrs / Styd / Strkn | HRS / DAYS / MOS |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

| Enhancement | Yrs/S | Enhancement | Yrs/S | Enhancement | Yrs/S |
|---|---|---|---|---|---|
| | | | | | |

CTS = ___ ACT + ___ ☐ PC4019 ☐ ½ ☐ ½ ☐ PC2933.1 = ___ Total  Total Term ___ CDCR / PC 1170h/CJ
☐ Straight Time ☐ WWP PC1209 Fees ☐ Waived ☐ Court Rec ___ All / Except ☐ EMP / PSP / ERP / WWP / IN CAMP / NP ___ ☐ Blended Sentence
☐ Sent Deemed Served ☐ Rpt to Parole w/in ___ ☐ Adv/ORD ___ Yrs/Mos Parole/MS/PRCS/Appeal Rights ☐ Consec ☐ Conc to ___
☐ Bal CJ Susp ☐ All but ___ Days/Mo/Yrs ☐ On Cond Complete Residential Treatment Prgm ☐ Serve Consec MO/TU/WE/TH/FR/SA/SU ___
☐ Pre-process ___ V.p ☐ Stay / Surrender / Transport to ___ @ ___ AM/PM/Sooner
☑ REMANDED-BAIL $ 20 k ☐ REMAIN AS SET ☐ NO BAIL ☐ COMMITTED ☐ RELEASED ☐ OR ☐ SORP ☐ JAC PHONE ASSM'T
☐ AS COND OF SORP ☐ BAIL INCREASE / REDUCE ☐ TO PRGM AS REC BY JAC-DOC TO ARRANGE TRANSPORT UPON AVAIL BED ☐ STATUS Remains

DISTRIBUTION:  ORIGINAL – FILE,  GREEN – DOC,  BLUE – DOR,  PURPLE – PROBATION,  BROWN – DEFENDANT

1 HALL OF JUSTICE
190 W. HEDDING
SAN JOSE, CA 95110

CASE NO. .C2314686

CEN

**PEOPLE VS.** DETAGLE, AUSTIN ORLANDO
**L.K.A.** 5700 VILLAGE OAKS DRIVE APT: 1418
SAN JOSE CA, 95123
HON. PICQUET, ROGER

DATE 01/26/2024   3/6 CA   9:00AM   26
CLERK Rose   D4143207   DEPUTY BK: N
DEPT DWS972   M
HEARING

STATUS Not in Jail   PRELIMINARY EXAMINATION
SURETY BOND POSTED $20,000.00 TNW

**JUDGE**

**REPORTER/ER** O. Mendoza 10D PX TNW 60D PX   LD: 1-29-24
**DEF. ATTY** PUBLIC DEFENDER,   APO   Warrant Amt:   Viol Dt: 10/23/2023
2-22-24 831   D32
**CHARGES** 001 PC76(A) F,   002 PC653M(A) M,   003 PC653M(A) M,   004 PC653M(A) M

**NEXT APPEARANCE**

☒ Defendant Present ☐ Not Present ☐ App. Wav.   ☒ Atty Present J. Alcala   AD ☐PD☐DO / Special App/General
☐ Arr'd ☐ Adv ☐ Arr Wav ☐ Amend Comp/Info   ☐ Arr ☐ Plea ☐ IDC ☐ PTC ☐ Prob / Sent ☐ Interpreter   ☐ Sworn
PC977: ☐ Filed ☐ On File ☒ Reptr. Adv Cnsl   ☐ Ball/ OR/ SORP ☐ Rect Dr Rpt ☐ FAR / ERC ☐ Ball Apply ☐ Balance Exonerated
☐ NG ☐ Entered by CRT ☐ NGBRI / Adv   ☐ PSet ☐ Prelim ☐ Readiness ☐ S / B MTC   Ball: ☐ Exonerated ☐ Forfeited   Bond#
☐ Denles priors /Allegations/ Enhancements   ☐ Further ☐ Jury ☐ CT ☐ Peo / Def Wav Jury   ☐ Reassumption Filed ☐ Forfeiture Set Aside / Ball Rein
☐ TW ☐ TWJ ☐ TW / WD ☐ TW Sentence   ☐ TE: _____ ☐ Ref'd _____   ☐ $ _____   Costs Within 30 Days to Court
☐ LDT: _____ ☐ LD PX: _____   ☐ Defendant / Victim / Witness Ordered to Appear   SORP / OR ☐ Revoked ☐ Reinstated
☐ Ref / Appt PD / AD / IDO ☐ Con Decl ☐ Adm A/F   ☐ APO / SUTS/ Prop 36 ☐ P36 Re-Assm't   ☐ BW Ordered $ _____   ☐ Stayed ☐ To Issue
☐ _____ Relieved _____ Appt'd   ☐ Crim Proc Susp / Rein ☐ Status Hrg   ☐ No Cite Release/SCIT ☐ No Request ☐ Cash Only
☒ Hrg on Mtn/Pet 1050   ☐ Doubt Decl Pur PC 1368 ☐ Capacity Yes/No   BW: ☐ Set Aside ☐ Recalled ☐ Filed ☐ Remain Out
☒ Granted ☐ Denled ☐ Submitted ☐ Off Cal   ☐ Submn on Rpt ☐ Found _____ ☐ Drs Appointed   ☒ Max Term _____ ☐ Committed
☐ Prelim Wav ☐ Certified to General Jurisdiction   ☐ MDA / COM Amended to ( F / M / INF)   COURT finds good cause
☐ Amended to ☐ (M) VC23103(a) ☐ Pur VC23103.5   ☐ DA Stmt Filed Other/Proof of:   to continue past 10 days
**PLEA Conditions:** ☐ None ☐ No State Prison ☐ PC17 after 1 yr Prob ☐ Includes VOP/PRCS/MS
☐ Jail / Prison Term of   Mtn to Release on OR - Denied   ☐ Add to Cal ☐ Vacate pending date
☐ Dismissal / Striking / MDA / COM   ☐ Subm time of Sent ☐ Harvey Stip
☐ Adv Max Pen / Parole / Prob / Immig / Appeal ☐ Reg PC290/PC457.1/PC186.30 ☐ FSF ☐ Fines/Fees ☐ PC29800/29805/30305/VC23593 ☐ BOF1022/CR210
Wav Right to ☐ Counsel ☐ Court / Jury Trial ☐ Subpoena / Confront / Examine Witnesses ☐ Self-Incrimination ☐ Written Waiver filed ☐ Plea / Absentia filed
☐ COP ☐ GUILTY ☐ NOLO CONTENDERE to charges & admits enhancements / allegations / priors ☐ PC17 ☐ Arbuckle ☐ Factual Basis found ☐ Findings stated
☐ P36 / PDP Granted / Rein / Unamen / Refused / Term'd Fee $ _____ ☐ YA-DEJ Eliglb Filed ☐ APO Full Rpt/Waives Referral ☐ Cruz Waiver Entd ☐ CR110 issued
☐ Sent Suspended _____ ☐ Sent Mod by Judge _____   FINES/FEES: ☐ Report to DTAC to set up pymt plan w/in 30 days of release
☒ **PROBATION DENIED**   Pay to: ☐ DTAC ☐ Court/ Today ☐ Traffic ☐ Audit # _____
**PROBATION** ☐ Execution ☐ Imposition of sentence suspended for probation period   COUNT _____ $ _____ + PA $ _____
☐ COURT ☐ FORMAL PROBATION GRANTED FOR _____ Days / Mos / Yrs   COUNT _____ $ _____ + PA $ _____ ☐ Pur PC290.3
☐ Report to APO/PTS within _____ Days ☐ Terminated ☐ Upon Release   AIDS / CCP _____ $ _____ + PA $ _____ ☐ Pur PC1202.5
☐ Perform _____ Hrs Volunteer Work as directed PO / SAP ☐ in lieu of fine/Jail   DPF _____ $ _____ + PA $ _____ EMAT $ _____
☐ Not drive w/o valid DL & Ins ☐ Adv VC23600 ☐ HTO ☐ Re-refer   LAB _____ $ _____ + PA $ _____
☐ MOP ☐ FOP ☐ 12 hrs ☐ 3 mos ☐ 9 mos Enroll within _____ days   DRF / RF _____ $ _____ Add'l RF $ _____ Susp'd PC1202.44 / 45
☐ DL Susp / Restr'd / Rvk'd for _____ ☐ IID Not / Ordered / Rmv'd for _____ Yrs   AEF _____ $ _____ Original Fine $ _____
☐ No contact w/ victim/family/co-defs w/o appr by APO ☐ PC1202.05 ☐ Victim Present   SECA _____ $ _____ CTS PC2900.5 $ _____
☐ PO Issued / mod / term'd Exp _____ ☐ No Contact/Peaceful   ICMF _____ $ _____ **TOTAL DUE** $ _____
☐ DSA filed ☐ Not own/possess deadly weapons ☐ Agency: _____   ICIN _____ $ _____ Payments Granted / Modified /Pay w/in 90 days
☐ Destroy/return weapon _____ Case No: _____   AR _____ $ _____ $ _____ / Mo beginning _____
☐ Stay away from _____   SHELTER _____ $ _____ FINE STAYED
☐ Submit Search / Testing ☐ Educ/Voc Trng/Empl ☐ No alcohol / drugs or where sold   DV _____ $ _____ Committed @ $ _____ /day ☐ May Pay Out
☐ Substance Abuse, Psych, Theft, Anger Mgmt, DV, Parenting   ATTY _____ $ _____ Consec/Conc to _____
☐ PC296 (DNA) ☐ PC1202.1 HIV Test / Education ☐ Adv Galvan ☐ Obey All Laws   Fine / Fees ☐ Deemed Satisfied ☐ Commuted ☐ Stayed pur Dueñas
VOP/PRCS/MS ☐ Wav ☐ Arr'd ☐ Admits/Denles Viol ☐ Court Finds Viol / No Viol   P/INVEST _____ $ _____ ☐ P/SUP $ _____ ☐ No / Walved
Prob/MS/PRCS Rein / Mod / Term'd / Revoked / Remains Revoked / Ext to _____   ☐ CJAF $129.75/$259.50 $ _____ ☐ Add'l FEE waived ☐ Collect Civilly
☐ Original Terms & Conditions Except as Amended herein   ☐ SECA, ICMF, ICIN, CJAF, PINVEST, PSUP FEES NOT COND OF PROB
☐ Co-terminous with _____ ☐ No Further Penalties / Reviews   ☐ Gen ☐ Restit $ _____ to _____
Other: _____   ☐ Restit Admin Fee NTE 15% of total / Walved ☐ As determined by APO
**JAIL/PRISON** ☐ See Attacht Pg ☐ Dress out for Trial ☐ Shower ☐ Halrcut   ☐ CDCR/Parole collect restit from Def's Earnings

| Count | F/M | Violation | Prison Term / Yrs | Enhancement / Priors | Yrs / Styd / Strkn | HRS / DAYS / MOS |
|---|---|---|---|---|---|---|
| | | | | | | |
| i | | | | | | |
| | | | | | | |

| Enhancement | Yrs/S | Enhancement | Yrs/S | Enhancement | Yrs/S |
|---|---|---|---|---|---|
| | | | | | |

CTS = _____ ACT + _____ ☐ PC4019 ☐ ½ ☐ ⅓ ☐ PC2933.1 = _____ Total Total Term _____ CDCR / PC 1170/h/CJ
☐ Straight Time ☐ WWP PC1209 Fees ☐ Walved ☐ Court Rec _____ All / Except ☐ EMP / PSP / ERP / WWP / IN CAMP / NP _____ ☐ Blended Sentence
☐ Sent Deemed Served ☐ Rpt to Parole w/in _____ ☐ Adv/ORD _____ Yrs/Mos Parole/MS/PRCS/Appeal Rights ☐ Consec ☐ Conc to _____
☐ Bal CJ Susp ☐ All but _____ Days/Mos/Yrs ☐ On Cond Complete Residential Treatment Prgm ☐ Serve Consec MO/TU/WE/TH/FR/SA/SU _____
☐ Pre-process _____ ☐ Stay / Surrender / Transport to _____ @ _____ AM/PM/Soone
☐ REMANDED-BAIL $ _____ ☐ REMAIN AS SET ☐ NO BAIL ☐ COMMITTED ☐ RELEASED ☐ OR ☐ SORP ☐ JAC PHONE ASSM'T
☐ AS COND OF SORP ☐ BAIL INCREASE / REDUCE ☐ TO PRGM AS REC BY JAC-DOC TO ARRANGE TRANSPORT UPON AVAIL BED ☐ STATUS Remains

DISTRIBUTION:   ORIGINAL – FILE,   GREEN – DOC,   BLUE – DOR,   PURPLE – PROBATION,   BROWN – DEFENDANT

190 W. HEDDING
SAN JOSE, CA 95110

CEN

PEOPLE VS.
DETAGLE, AUSTIN ORLANDO
A.K.A.
5700 VILLAGE OAKS DRIVE APT: 1416
SAN JOSE CA, 95123
HON. HAWK, ROBERT B
NOCK, ELISE
DEF. ATTY PUBLIC DEFENDER   D.A.
CHARGES

DATE: 02/22/2024   8:31AM   32
DOB: 1986   CA   D4143207   DEPT CDY SIG: N
CLERK: Reyes, Rose   DW5972   M
HEARING
STATUS

PRELIMINARY EXAMINATION
SURETY BOND POSTED
Demertzis, James   Not in Jail
$20,000.00   APO   TNW 10D FX: TNW 60D FX   3-13-24
Warrant Amt:   Viol Dt: 10/28/2023

001 PC76(A) F,   002 PC853M(A) M,   003 PC853M(A) M,   004 PC853M(A) M

NEXT APPEARANCE
☑ Defendant Present ☐ Not Present ☐ App. Wav   ☑ Atty Present  J. Alcala   AD / PD / DO / Special App/General
☐ Arr'd ☐ Adv ☐ Arr Wav ☐ Amend Comp/Info   ☐ Arr ☐ Plea ☐ IDC ☐ PTC ☐ Prob / Sent   ☐ Interpreter ___   ☐ Sworn
☐ PC977: ☐ Filed ☐ On File ☐ Reptr. Adv / Wav   ☐ Bail/ OR/ SORP ☐ Rect Br Rpt ☐ FAR / ERC   ☐ Bail Apply ☐ Balance Exonerated
☐ NG ☐ Entered by CRT ☐ NGBRI / Adv   ☐ PSet ☐ Prelim ☐ Readiness ☐ S / B MTC   Bail: ☐ Exonerated ☐ Forfeited   Bond#
☐ Denies priors /Allegations/ Enhancements   ☐ Further ☐ Jury ☐ CT ☐ Peo / Def Wav Jury   ☐ Reassumption Filed ☐ Forfeiture Set Aside / Bail Rein
☐ TW ☐ TNW ☐ TW / WD ☐ TW Sentence   ☑ TE: 2 hrs ☐ Rec'd   ☐ $___ Costs Within 30 Days to Court
☐ LDT: ___ ☐ LD PX: ___   ☐ Defendant / Victim /Witness Ordered to Appear   SORP / OR ☐ Revoked ☐ Reinstated
☐ Ref / Appt PD / AD / IDO ☐ Con Decl ☐ Adm A/F   ☐ APO / SUTS/ Prop 36 ☐ P36 Re-Assm't   ☐ BW Ordered $___   ☐ Stayed ☐ To Issue
☐ Relieved ___ Appt'd   ☐ Crim Proc Susp / Rein ☐ Status Hrg   ☐ No-Cite Release/SCIT ☐ No Request ☐ Cash Only
☑ Hrg on Mtn/Pet. 1050 – 77   ☐ Doubt Decl Pur PC 1368 ☐ Capacity Yes/No   BW: ☐ Set Aside ☐ Recalled ☐ Filed ☐ Remain Out
☐ Granted ☐ Denied ☐ Submitted ☐ Off Cal   ☐ Submn on Rpt ☐ Found ___ ☐ Drs. Appointed ☐ Max Term ☐ Committed
☐ Prelim Wav ☐ Certified to General Jurisdiction   ☐ MDA / COM Amended to ( F / M / INF)
☐ Amended to ☐ (M) VC23103(a) ☐ Pur VC23103.5.   ☐ DA Stmt Filed Other/Proof of: ___

PLEA Conditions: ☐ None ☐ No State Prison ☐ PC17 after 1 yr Prob ☐ Includes VOP/PRCS/MS ___
☐ Jail / Prison Term of ___   ☐ Add to Cal ☐ Vacate pending case
☐ Dismissal / Striking / MDA / COM ___   ☐ Submn time of Sent ☐ Harvey Stip ___
☐ Adv Max Pen / Parole / Prob / Immig / Appeal ☐ Reg PC290/PC457.1/PC186.30 ☐ FSF ☐ Fines/Fees ☐ PC29800/29805/30305/VC23593 ☐ BOF1022/CR210
☐ Nav Right to ☐ Counsel ☐ Court / Jury Trial ☐ Subpoena / Confront / Examine Witnesses ☐ Self-incrimination ☐ Written Waiver filed ☐ Plea / Absentia filed
☐ COP ☐ GUILTY ☐ NOLO CONTENDERE to charges & admits enhancements / allegations / priors ☐ PC17 ☐ Arbuckle ☐ Factual Basis found ☐ Findings stated
☐ P36 / PDP Granted / Rein / Unamen / Refused / Term'd Fee $ ___ ☐ YA-DEJ Eligb Filed ☐ APO Full Rpt/Waives Referral ☐ Cruz Waiver Entd ☐ CR110 Issued
☐ Sent Suspended ___ ☐ Sent Mod by Judge ___   FINES/FEES: ☐ Report to DTAC to set up pymt plan w/in 30 days ☐ of release
☐ PROBATION DENIED   Pay to: ☐ DTAC ☐ Court/ Today ☐ Traffic ☐ Audit #
☐ ___TION ☐ Execution ☐ Imposition of sentence suspended for probation period ___   COUNT___ $___ + PA $___
☐ ___URT'I ☐ FORMAL PROBATION GRANTED FOR ___ Days / Mos / Yrs   COUNT___ $___ + PA $___ ☐ Pur PC290.3
☐ Report to APO/PTS within ___ Days ☐ Terminated ☐ Upon Release   AIDS / CCP $___ + PA $___ ☐ Pur PC1202.5
☐ Perform ___ Hrs Volunteer Work as directed PO / SAP ☐ In lieu of fine/Jail   DPF $___ + PA $___ EMAT $___
☐ Not drive w/o valid DL & Ins ☐ Adv VC23600 ☐ HTO ☐ Re-refer   LAB $___ + PA $___
☐ MOP ☐ FOP ☐ 12 hrs ☐ 3 mos ☐ 9 mos Enroll within ___ days   DRF / RF ___ Add'l RF $___ Susp'd PC1202.44 / 45
☐ DL Susp / Restr'd / Rvk'd for ___ ☐ IID Not / Ordered / Rmv'd for ___ Yrs   AEF $___ Original Fine $___
☐ No contact w/ victim/family/co-defs w/o appr by APO ☐ PC1202.05 ☐ Victim Present   SECA $___ CTS PC2900.5 $___
☐ PO issued / mod / term'd Exp ___ ☐ No Contact/Peaceful   ICMF $___ TOTAL DUE $___
☐ DSA filed ☐ Not own/possess deadly weapons / Agency: ___   ICIN $___ Payments Granted / Modified /Pay w/in 90 days
☐ Destroy/return weapon ___ Case No: ___   AR $___ / Mo beginning ___
☐ Stay away from ___   SHELTER $___ FINE STAYED
☐ Submit Search / Testing ☐ Educ/Voc Trng/Empl ☐ No alcohol / drugs or where sold   DV $___ Committed @ $___ /day ☐ May Pay Out
☐ Substance Abuse, Psych, Theft, Anger Mgmt, DV, Parenting   ATTY $___ Consec/Conc to ___
☐ PC296 (DNA) ☐ PC1202.1 HIV Test / Education ☐ Adv Galvan ☐ Obey All Laws   Fine / Fees ☐ Deemed Satisfied ☐ Commuted ☐ Stayed pur Dueñas
☐ VOP/PRCS/MS ☐ Wav ☐ Arr'd ☐ Admits/Denies Viol ☐ Court Finds Viol / No Viol   P/INVEST $___ ☐ P/SUP $___ /Mo ☐ Waived
☐ Prob/PRCS Rein / Mod / Term'd / Revoked / Remains Revoked / Ext to ___   ☐ CJAF $129.75/$259.50 $___ ☐ Add'l FEE waived ☐ Collect Civilly
☐ Original Terms & Conditions Except as Amended herein   ☐ SECA, ICMF, ICIN, CJAF, PINVEST, PSUP FEES NOT COND OF PROB
☐ Co-terminous with ___ ☐ No Further Penalties / Reviews   ☐ Gen ☐ Restit $___ to ___
☐ Other: ___   ☐ Restit Admin Fee NTE 15% of total / Waived ☐ As determined by APO
☐ JAIL/PRISON ☐ See Attach Pg ☐ Dress out for Trial ☐ Shower ☐ Haircut   ☐ CDCR/Parole collect restit from Def's Earnings

| Count | F/M | Violation | Prison Term / Yrs | Enhancement / Priors | Yrs / Styd / Strkn | HRS / DAYS / MOS |
|---|---|---|---|---|---|---|
| | | | | | | |

| Enhancement | Yrs/S | Enhancement | Yrs/S | Enhancement | Yrs/S |
|---|---|---|---|---|---|
| | | | | | |

☐ ___ght Time ___ ACT + ___ ☐ PC4019 ☐ ½ ☐ ⅓ ☐ PC2933.1 = ___ Total   Total Term ___ CDCR / PC 1170h/CJ
☐ ___ WWP PC1209 Fees ☐ Waived ☐ Court Rec ___ All / Except ☐ EMP / PSP / ERP / WWP / IN CAMP / NP ___ ☐ Blended Sentence
☐ Sent Deemed Served ☐ Rpt to Parole w/in ___ ☐ Adv/ORD ___ Yrs/Mos Parole/MS/PRCS/Appeal Rights ☐ Consec ☐ Conc to ___
☐ Bal CJ Susp ☐ All but ___ Days/Mos/Yrs ☐ On Cond Complete Residential Treatment Prgm ☐ Serve Consec MO/TU/WE/TH/FR/SA/SU
☐ Pre-process ___ ☐ Stay / Surrender / Transport to ___ @ ___ AM/PM/Sooner

☐ REMANDED-BAIL $___ ☐ REMAIN AS SET ☐ NO BAIL ☐ COMMITTED ☐ RELEASED ☐ OR ☐ SORP ☐ JAC PHONE ASSM'T
☐ AS COND OF SORP ☐ BAIL INCREASE / REDUCE ☐ TO PRGM AS REC BY JAC-DOC TO ARRANGE TRANSPORT UPON AVAIL BED ☐ STATUS Remains

DISTRIBUTION:   ORIGINAL – FILE,   GREEN – DOC,   BLUE – DOR,   PURPLE – PROBATION,   BROWN – DEFENDANT